**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY EARL GREEN

      Plaintiff,

vs.

SALINAS VALLEY STATE PRISON WARDEN

      Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ANTHONY EARL GREEN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__  Net: __N/A__

Employer: __N/A__

_____

APP. TO PROC. IN FORMA PAUPERIS  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4      PEP BOYS  (80 DAYS)
5      AUGUST 2001
6  GROSS $1900 month    NET $1300 month
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or           Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,         Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?                     Yes ___ No ✓
14     d.  Pensions, annuities, or            Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments, Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21     N/A
22
23 3.  Are you married?                       Yes ___ No ✓
24 Spouse's Full Name:     N/A
25 Spouse's Place of Employment:     N/A
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $   N/A   Net $   N/A
28 4.  a.  List amount you contribute to your spouse's support: $ -0-

APP. TO PROC. IN FORMA PAUPERIS          - 2 -

20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/16/08
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU MAY  16, 2008

ACCOUNT NUMBER  : D13354                     BED/CELL NUMBER:
ACCOUNT NAME    : GREEN, ANTHONY EARL        ACCOUNT TYPE: T
PRIVILEGE GROUP:
                            TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL        CURRENT         HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED

     0.00          0.00          0.00          0.00           0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ SVSP
   TRUST OFFICE

```
    CURRENT
   AVAILABLE
    BALANCE

      0.00
```

To:   Intake
From: Pro Se Dept. (Loreta Soriano x 2008)

Please file the attached IFP application as a new case. Use suit code 550, as caption - as shown in the IFP application and plaintiff's address from the attached envelope.

Please send the letter with copy of the IFP application as copy of complaint.

Thank you.

**(DO NOT SCAN)**

MR. Anthony EARL GREEN
#D-13354    A8-214L
P.O. Box 5101
Kern Valley State Prison
Delano, Calif
93216

MONDAY MAY 26, 2008

"DEAR CLERK"

Good morning, I sent the enclosed documents to the trust office with instructions and all they've done was stamp and date a trust account print-out. I didn't want to send the 1983 application in without being certain the indigent status would be fully accepted. If this stamp isn't good enough, let me know so I can inform the trust office yet again. Please return the enclosed documents.

Respectfully Submitted  Mr. Anthony E. Green Jr.

C.C. KEPT FOR RECORDS
SENT TO COURT
SENT TO ATTORNEYS

MR. ANTHONY E. GREEN
#D-13354    4A2R-3L
P.O. Box 3476
CORCORAN, CALIF
         93212

FEBRUARY 27, 2008

"DEAR TRUST OFFICE S.V.S.P"

GOOD morning, I LEFT YOUR INSTITUTION ON JANUARY 22, 2008 AND SINCE I'VE ONLY BEEN IN CORCORAN 36 DAYS MY TRUST ACCOUNT HERE AT CORCORAN ISN'T GOOD ENOUGH IN THE EYES OF THE DISTRICT COURT TO PROVE MY INDIGENT STATUS THE PAST SIX MONTHS. IF IT ISN'T A BURDEN CAN YOU PLEASE FORWARD ME (by MAIL) A COMPUTER PRINT-OUT OF MY TRANSACTIONS AT SVSP FROM JULY 07 UNTIL JAN 22, 2008?

THE COURT IS ALSO REQUESTING A CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT. IS THIS THE SAME AS THE COMPUTER PRINT OUT? IF IT ISN'T, CAN YOU SEND ME THE CERTIFICATE AS WELL? THEY WANT IT SIGNED BY AN AUTHORIZED OFFICER IN YOUR TRUST OFFICE.

THANK YOU FOR YOUR ASSISTANCE. UNDER PENALTY OF PERJURY, ALL I'VE WRITTEN IS TRUE AND CORRECT.

*Mr. Anthony E. Green* #D-13354
02-27-08

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date : 3/11/08

To : I/M Green, H. #D13354

Subject : **PROCEDURES FOR PROCESSING IN FORMA PAUPERIS**

1.) The inmate sends his request along with his entire completed and signed **authentic** In Forma Pauperis Application, which may be obtained from the law library and send it through institutional mail to the Trust Office. **Be advised that if you send a handwritten, non-authentic In Forma Pauperis to the courts, it may be rejected or require notarization in which you are required to pay for regardless if you are indigent or not.**

2.) The Trust Office attaches a certified trust account statement.

3.) The Trust Office will provide a copy of the certified trust account statement to the inmate.

4.) The Trust Office forwards all paperwork to the Litigation Office.

5.) The Litigation Office logs the documents and forwards them to the inmate's assigned Correctional Counselor.

5.) The Correctional Counselor inserts the certified forms in the envelope in the presence of the inmate, seals the envelope, and processes it out of the institution as legal mail. No additional copies will be provided.

6.) The Counselor completes the Litigation Route Slip. The Counselor and Inmate will sign the 128-B.

7.) If the Inmate does not have his court documents ready to mail, the Counselor will attempt to complete the procedure one or two days later. If the inmate still is not ready or refuses to follow the procedures, the attempt of service will be documented on the route slip and all documents will be returned to the Litigation Office to be filed. When the inmate is ready he may request them from the Litigation Office.

Original Signed By

S. ALTNOW
Litigation Coordinator
Corcoran State Prison

| STATE OF CALIFORNIA GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| DATE 5-07-08 | TO SVSP TRUST OFFICE | FROM (LAST NAME) GREEN | CDC NUMBER D-13354 |
| HOUSING KVSP A8 | BED NUMBER 214L | WORK ASSIGNMENT A2B UNASSIGNED | JOB NUMBER FROM ___ TO ___ |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) VOLUNTEER CHAPEL WORKER | | | ___ TO ___ |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

GOOD MORNING,
I'VE ENCLOSED MY INITIAL LETTER MAILED TO YOU FEB 27, ALONG WITH THE FORM REPLY YOU MAILED TO ME 3/11/08. I'VE MOVED YET AGAIN FROM CORCORAN TO KERN VALLEY STATE PRISON. I FILLED OUT THE ENCLOSED FORMA PAUPERIS.

**Do NOT write below this line. If more space is required write on back.**

| INTERVIEWED BY | DATE |
|---|---|
| DISPOSITION | |

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is: Anthony E. Green #D-13354
P.O. Box 3476
Corcoran, CA 93212

on Feb 27, 2008, I served a copy of the attached Letter requesting copy of trust statement and certificate of funds.

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

| Salinas Valley State Prison | Law Offices of |
| Trust Office | A. Rivera |
| ATTN: Accounting Tech | Box 231 Main St |
| P.O. Box 1050 | Calexico, Calif |
| Soledad, CA 93960 | 92243 |

Executed under penalty of perjury this 27 day of February, 2008, at Corcoran, California.

Anthony E. Green
DECLARANT