C.C. Kept for Records

1. MR. Anthony E. Green
2. #D-13354  A8-214L
3. P.O. Box 5101
4. Kern Valley State Prison
5. Delano, Calif
6. 93216
7. 
   CASE# CV 08 2729 TEH
8. Wednesday June 11, 2008
9. 
10. "Dear Clerk of the Clerk"
11. 
12. Good morning, I wanted to respectfully
13. inform the Court that when I sent you a
14. In Forma Pauperis application last month
15. I wasn't sending it in to get a case number
16. I was sending it in to confirm it was all
17. correct. The Trust Office sent me a computor
18. print out for my account standing that
19. covered the past 14 months. They red seal
20. stamped it and sign their signature in
21. the Red Stamp. I'm not certain if the court
22. accepted that cause last night you sent me
23. Another In Forma Pauperis application...
24. 
25. Your original file stamp is May 30, 2008 but
26. I didn't sign for what you sent me until last
27. night June 10th, 2008. I will do my best
28. to send in everything within the next 20

(1)

RECEIVED 08 JUN 17 PM 12:28 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED JUN 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAYS. IF I CAN BE ALLOWED A SEVEN DAY EXTENSION OF TIME IT WILL HELP ME SEND IN EVERY THING PROPERLY WITHOUT RUSHING IT.

CALIFORNIA PRISONS DONT OFFER US ANY TYPE OF ELECTRONIC FILINGS EQUIPMENT. E-FILING IS STAMPED ON ALL THE DOCUMENTS YOU MAILED TO ME. WHAT AM I TO DO ABOUT THIS E-FILING? AM I TO MAKE COPIES OF THE GREEN ECF REGISTRATION INFORMATION HANDOUT AND SEND IT TO THE DEFENDANTS? (SALINAS VALLEY STATE PRISON MEDICAL OFFICIALS)

THANK YOU FOR YOUR TIME AND FOR ANY ANSWERS YOU CAN PROVIDE TO ME BASED ON WHAT I'VE EXPLAINED IN THESE 2 PAGES.

UNDER PENALTY OF PERJURY, ALL I'VE WRITTEN IS TRUE AND CORRECT.

*Anthony E. Green*
6-11-08

(2)